■ CLARENCE P. GREER, Respondent, v. FLORENCE S. DANIELS, Appellant.— In an action by an attorney to recover for legal services rendered and disburse-

ments made, the defendant appeals from an order of the Supreme Court, Westchester County, dated April 18, 1962, denying her motion to dismiss the complaint for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.